■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DWAYNE HOLLEY, Appellant. [630 NYS2d 957] —Judgment unanimously affirmed. Same Memorandum as in *People v Ivy* (217 AD2d 948 [decided herewith]). (Appeal from Judgment of Supreme Court, Erie County, Kubiniec, J.—Kidnapping, 2nd Degree.) Present—Denman, P. J., Pine, Callahan, Doerr and Balio, JJ.